UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICOLE PHILLIPS, individually and on behalf of
B.P. and S.P., minors,

         Plaintiff,

         -against-

CITY OF NEW YORK; ERIC T. SCHNEIDERMAN, in
His Official Capacity as Attorney General, State of New
York; NIRAV R. SHAH, in His Official Capacity as
Commissioner, New York State Department of Health,

         Defendants.
-----------------------------------------------------------------X
FABIAN MENDOZA-VACA, individually and on
behalf of M.M. and V.M., minors,

         Plaintiff,

         -against-

CITY OF NEW YORK; ERIC T. SCHNEIDERMAN, in
His Official Capacity as Attorney General, State of New
York; NIRAV R. SHAH, in His Official Capacity as
Commissioner, New York State Department of Health,

         Defendants.
-----------------------------------------------------------------X
DINA CHECK, on behalf of minor M.C.,

         Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION; ERIC T. SCHNEIDERMAN, in
His Official Capacity as Attorney General, State of New

<u>DECISION AND ORDER</u>

12-cv-98 (WFK) (LB)

12-cv-237 (WFK) (LB)

13-cv-791 (WFK) (LB)

1

York; NIRAV R. SHAH, in His Official Capacity as  :
Commissioner, New York State Department of Health,  :
                                                    :
                    Defendants.                     :
-------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge**

By Decision and Order entered June 5, 2014, this Court granted Defendants' motions to dismiss in their entirety. Dkt. 39. On June 10, 2014, Plaintiffs filed a notice of appeal from the final judgment of this Court. Dkt. 40. However, on June 19, 2014, Plaintiffs then filed a motion for reconsideration with this Court. Dkt. 41. Because Plaintiffs have filed a notice of appeal, this Court now lacks jurisdiction to entertain any further motions or applications related to the case. *See Pittock v. Otis Elevator Co.*, 8 F.3d 325, 327 (6th Cir.1993) ("the district court did not have jurisdiction to rule on the Rule 60(b) motion after [plaintiffs] filed a notice of appeal concerning the dismissal order"); *LaSalle Bank, N.A. v. Capco Am. Securitization Corp.*, No. 02-CV-9916, 2006 WL 1227539, at * 1 (S.D.N.Y. May 5, 2006) (Carter, J.) ("A district court can ordinarily reconsider any order, but after a party appeals a final judgment the court cannot.") (footnote omitted). Accordingly, Plaintiffs' motion for reconsideration is DENIED.

**SO ORDERED**

Dated: June 19, 2014
Brooklyn, New York                              s/WFK

                                    _____
                                    HON. WILLIAM F. KUNTZ, II
                                    United States District Judge